# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Case No.: 18-18197-ref |
| Debtor | : | |

## **PRAECIPE TO WITHDRAW MOTION**

TO THE UNITED STATES BANKRUPTCY CLERK:

Kindly withdraw Debtor's Motion to Extend Time (Document No. 11). The Motion is moot. Debtor filed all the required documents.


Date:  December 26, 2018             By:   */s/ Zachary Zawarski*
                                           ZACHARY ZAWARSKI, ESQUIRE
                                           3001 Easton Avenue
                                           Bethlehem, PA 18017
                                           Phone: (610) 417-6345
                                           Fax: (610) 465-9790
                                           zzawarski@zawarskilaw.com
                                           Attorney ID No.: 308348
                                           Attorney for Debtor