United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-18197-ref
Ammon Wilson Boone                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa            Page 1 of 2          Date Rcvd: Jan 03, 2019
                              Form ID: 309I         Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
```
db           +Ammon Wilson Boone,    2609 Fieldview Drive,    Macungie, PA 18062-8411
tr           +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
               Reading, PA 19606-2265
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14247009     +Athene USA,    7700 Mills Civic Parkway,    West Des Moines, IA 50266-3862
14247011     +Bank of America,    4909 Savarese Circle,    FL1-908-01-50,    Tampa, FL 33634-2413
14253625     +Caliber Home Loans, Inc.,    c/o Andrew L. Spivack, Esq.,    1617 JFK Boulevard, Ste 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103-1823
14250953     +Caliber Home Loans, Inc.,    c/o Jerome Black, Esq.,    1617 JFK Boulevard, Ste 1400,
               One Penn Center Plaza,    Philadelphia, PA 19103-1823
14247017     +Citizens Bank,    Attn: Bankruptcy,    1 Citizens Dr,    Riverside, RI 02915-3000
14247020     +First Commonwealth Federal Credit Union,    257 Brodhead Road,    Bethlehem, PA 18017-8938
14247021      Fitzpatrick Lentz & Bubba, P.C.,    Michael R. Nesfeder, Esq.,    4001 Schoolhouse Lane,
               P.O. Box 219,    Center Valley, PA 18034-0219
14248579     +M&T Bank,    servicer for Lakeview Loan Servicing,    c/o Kevin G. McDonald, Esq.,
               701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14247025     +Marcus by Goldman Sachs,    Attn: Bankruptcy,    PO Box 45400,    Salt Lake City, UT 84145-0400
14247026      New York State Dept of Taxation and Fina,    Bankruptcy Section,    PO Box 5300,
               Albany NY 12205-0300
14247028     +Prosper Funding LLC,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
14250493     +RocketLoans Marketplace,    1274 Library Street,    Detroit, MI 48226-2256
14247030     +Rocketloans,    1274 Library Street, 2nd Floor,    Detroit, MI 48226-2256
14247038     +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: zzawarski@zawarskilaw.com Jan 04 2019 02:37:16     ZACHARY ZAWARSKI,
               The Law Office of Zachary Zawarski,    3001 Easton Avenue,    Bethlehem, PA  18017
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2019 02:37:37
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2019 02:37:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 04 2019 02:37:49     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14247010      EDI: BANKAMER.COM Jan 04 2019 07:18:00     Bank of America,    Attn: Bankruptcy,    PO Box 982238,
               El Paso, TX 79998
14247012     +EDI: TSYS2.COM Jan 04 2019 07:23:00     Barclays Bank Delaware,    Attn: Correspondence,
               PO Box 8801,    Wilmington, DE 19899-8801
14247013     +E-mail/Text: bankruptcynotices@bethpagefcu.com Jan 04 2019 02:37:29     Bethpage FCU,
               899 S. Oyster Bay Rd,    Attn: Bankruptcy,    Bethpage, NY 11714-1031
14247014     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 04 2019 02:38:16     Caliber Home Loans,
               Attn: Bankruptcy Dept.,    PO Box 24330,    Oklahoma City, OK 73124-0330
14247015     +EDI: CAPONEAUTO.COM Jan 04 2019 07:23:00     Capital One Auto Finance,    Attn: Bankruptcy,
               PO Box 30285,    Salt Lake City, UT 84130-0285
14247673     +EDI: AISACG.COM Jan 04 2019 07:23:00     Capital One Auto Finance, a division of,
               AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14247016     +EDI: CHASE.COM Jan 04 2019 07:23:00     Chase Card Services,    Correspondence Dept,
               PO Box 15298,    Wilmington, DE 19850-5298
14247018     +EDI: NAVIENTFKASMDOE.COM Jan 04 2019 07:23:00     Department of Education/Navient,
               Attn: Claims Dept,    PO Box 9635,    Wilkes Barr, PA 18773-9635
14251217      EDI: DISCOVER.COM Jan 04 2019 07:23:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
14247019     +EDI: DISCOVER.COM Jan 04 2019 07:23:00     Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
14247022      EDI: IRS.COM Jan 04 2019 07:23:00     Internal Revenue Service,
               Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14247023     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 04 2019 02:37:53     Key Bank,
               Attn: Bankruptcy,    OH-01-51-0622,    4910 Tiedeman,    Brooklyn, OH 44144-2338
14248575     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 04 2019 02:37:54     KeyBank N.A.,
               4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
14247024      E-mail/Text: camanagement@mtb.com Jan 04 2019 02:37:32     M & T Bank,    Attn: Bankruptcy,
               PO Box 844,    Buffalo, NY 14240
14247029     +E-mail/Text: bankruptcynotices@psecu.com Jan 04 2019 02:38:11     PSECU,    P.O. Box 67013,
               Harrisburg, PA 17106-7013
14247027     +E-mail/Text: bkrgeneric@penfed.org Jan 04 2019 02:37:28     Pentagon Federal Credit Union,
               Attn: Bankruptcy,    2930 Eisenhower Avenue,    Alexandria, VA 22314-4557
14247031     +EDI: DRIV.COM Jan 04 2019 07:23:00     Santander Consumer USA Inc.,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2             Date Rcvd: Jan 03, 2019
                              Form ID: 309I           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14247032       +EDI: STFM.COM Jan 04 2019 07:23:00      State Farm Financial Services,   1 State Farm Plaza,
                 Bloomington, IL 61710-0001
14246191       +EDI: RMSC.COM Jan 04 2019 07:23:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14247033       +EDI: RMSC.COM Jan 04 2019 07:23:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept,
                 PO Box 965061,   Orlando, FL 32896-5061
14247034       +EDI: RMSC.COM Jan 04 2019 07:23:00      Synchrony Bank/Marvel DC,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL 32896-5060
14247035       +EDI: RMSC.COM Jan 04 2019 07:23:00      Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
14247036       +EDI: RMSC.COM Jan 04 2019 07:23:00      Synchrony Bank/Stash,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL 32896-5060
14247037       +EDI: CAPITALONE.COM Jan 04 2019 07:23:00      World's Foremost Bank,   Attn: Bankruptcy,
                 4800 NW 1st St,   Lincoln, NE 68521-4463
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM MILLER*R,   Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2019 at the address(es) listed below:

```
          JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          ZACHARY ZAWARSKI    on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com
                                                                                                TOTAL: 6
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ammon Wilson Boone** | | Social Security number or ITIN | **xxx–xx–7363** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter  13 | **12/13/18** |
| Case number: | **18–18197–ref** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ammon Wilson Boone | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2609 Fieldview Drive<br>Macungie, PA 18062 | |
| 4. | **Debtor's attorney**<br>Name and address | ZACHARY ZAWARSKI<br>The Law Office of Zachary Zawarski<br>3001 Easton Avenue<br>Bethlehem, PA 18017 | Contact phone 610–417–6345<br><br>Email: zzawarski@zawarskilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER\*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Contact phone 610–779–1313<br><br>Email: ecfmail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 1/3/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 29, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/30/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/21/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/11/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $435.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/7/19** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |