# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>AMMON WILSON BOONE<br>aka AMMON BOONE<br><br>Debtor. | Case No. 18-18197<br><br>Chapter 13 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that Chase Bank, USA, N.A., withdraws its Proof of Claim, Claim No. 15 in the amount of $14,555.81 filed on February 11, 2019.

Dated: <u>March 21, 2019</u>

                Respectfully submitted,

                /s/ Frank Gomez
                Frank Gomez
                Robertson, Anschutz & Schneid, P.L.
                6409 Congress Avenue, Suite 100
                Boca Raton, FL 33487
                Phone: 561-241-6901
                561-997-6909
                fgomez@rasflaw.com
                Authorized Agent for Chase Bank USA, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>AMMON WILSON BOONE<br>aka AMMON BOONE<br><br>Debtor. | Case No. 18-18197<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

I certify under penalty of perjury that I caused, the above captioned pleading to be served on the parties at the addresses specified below on March 21, 2019.

The types of service made on the parties was:

**Service by First-Class Mail**

Ammon Wilson Boone
2609 Fieldview Drive
Macungie, PA 18062

Zachary Zawarski
The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017

**Service by NEF**

Scott Waterman
Chapter 13 Trustee
ECFMail@fredreiglech13.com

EXECUTED ON: March 21, 2019        By:

/s/ Frank Gomez
Frank Gomez
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901
561-997-6909
fgomez@rasflaw.com
Authorized Agent for Chase Bank USA, N.A.