| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Ammon** | **Wilson** | **Boone** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **18-18197** | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                          04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*    as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2609 Fieldview Drive, Macungie, PA 18062**<br>**Zillow: $298,703**<br>**Debtor's Opinion of Value: $293,000**<br>**Less Costs of Sale and Administration (20%): $58,600**<br>**Net Equity of Property: $234,400**<br>**Debtor's Share of Net Equity: $117,200**<br>Line from *Schedule A/B*:   **1.1** | $117,200.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C                         Schedule C: The Property You Claim as Exempt                         page 1

Debtor 1  **Ammon Wilson Boone**                                    Case number (if known)  **18-18197**

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**537 N. Fountain Street, Allentown, PA 18102**<br>**Zillow: $51,902**<br>**Debtor's Opinion of Value: $33,000**<br>**Less Costs of Sale and Administration (20%): $6,600**<br>**Net Equity of Property: $26,400**<br>**Debtor's Share of Net Equity: $13,200**<br>Line from *Schedule A/B*: __1.2__ | $13,200.00 | ☑ $746.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**123 N. Bryan Street, Allentown, PA 18101**<br>**Zillow: $57,196**<br>**Debtor's Opinion of Value: $32,000**<br>**Less Costs of Sale and Administration (20%): $6,400**<br>**Net Equity of Property: $25,600**<br>**Debtor's Share of Net Equity: $12,800**<br>Line from *Schedule A/B*: __1.3__ | $12,800.00 | ☑ $711.88<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2014 Ford Explorer (approx. 90,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | $8,080.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2009 Chevrolet Impala (approx. 145,000 miles)**<br>Line from *Schedule A/B*: __3.2__ | $3,140.00 | ☑ $487.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2004 Nissan Sentra (approx. 175,000 miles)**<br>Line from *Schedule A/B*: __3.3__ | $1,593.00 | ☑ $1,593.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2005 Dodge Stratus (approx. 150,000 miles)**<br>Line from *Schedule A/B*: __3.4__ | $1,264.00 | ☑ $1,264.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Household Goods and Furnishings**<br>Line from *Schedule A/B*: __6__ | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Televisions, Computers, Cell Phones, etc.**<br>Line from *Schedule A/B*: __7__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Ammon Wilson Boone** | Case number (if known) | **18-18197** |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Clothing**<br>Line from *Schedule A/B*: **11** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Watch and Wedding Band**<br>Line from *Schedule A/B*: **12** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **Dog**<br>Line from *Schedule A/B*: **13** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Bank of America No. 2449 Joint Account**<br>**Account Balance: $8,355.03**<br>**Debtor's Share: $4,177.52**<br>Line from *Schedule A/B*: **17.1** | $4,177.52 | ☑ $4,177.52<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Bank of America No. 3337**<br>Line from *Schedule A/B*: **17.2** | $2,400.23 | ☑ $2,400.23<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Bank of America No. 7140**<br>Line from *Schedule A/B*: **17.3** | $1,150.83 | ☑ $1,150.83<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Bank of America No. 9750**<br>Line from *Schedule A/B*: **17.4** | $2,615.65 | ☑ $2,162.53<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Municipal Credit Union**<br>Line from *Schedule A/B*: **17.5** | $473.91 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **401(k)**<br>Line from *Schedule A/B*: **21** | $10,000.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

Debtor 1    **Ammon Wilson Boone**　　　　　　　　　　　　　　　Case number (if known)　**18-18197**

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**401(k)**<br>Line from *Schedule A/B*: __21__ | **$28,000.00** | ☑ __$28,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description:<br>**Athene Whole Life Insurance Policy**<br>Line from *Schedule A/B*: __31__ | **Unknown** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| Brief description:<br>**AIG Life Insurance Policy**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |