**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In re:<br>Ammon Wilson Boone<br>       Debtor.<br><br><br>SSN # XXX-XX-7363 | Chapter 13<br>CASE NO. 18-18197-elf<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Zachary Zawarski
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Marketplace Inc., for account # **XX9452**, in the amount of $32,617.53 docketed by the court on **February 21, 2019**, claim number 26.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:    June 20, 2019

**Weinstein & Riley, P.S.**

/s/ Thomas Young
Representative for Prosper Marketplace Inc.
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (877) 332-3543
Email: bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In re:<br>Ammon Wilson Boone<br>　　　　Debtor.<br><br><br>SSN # XXX-XX-7363 | Chapter 13<br>CASE NO. 18-18197-elf |

CERTIFICATE OF SERVICE

　　I, Vince Geangan, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 26 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on June 20, 2019 to the following parties:

| | |
|---|---|
| <u>Trustee via E-Filing</u><br>SCOTT F WATERMAN<br>ECFMail@ReadingCh13.com | <u>Debtors' Counsel via E-Filing</u><br>ZACHARY ZAWARSKI<br>zzawarski@zawarskilaw.com<br><br><u>U.S. Trustee via E-Filing</u><br>U.S. Trustee<br>USTPRegion03.PH.ECF@usdoj.gov |

Dated: June 20, 2019

　　　　　　　　　　　　　　　　　　　　/s/ Vince Geangan
　　　　　　　　　　　　　　　　　　　　Vince Geangan