# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Case No.: 18-18197-elf |
| Debtor | : | |

****************************************

**Date of Hearing:**     **August 29, 2019**
**Time of Hearing:**     **11:00 a.m.**

**Location:**     **U.S. Bankruptcy Court**
    **The Madison Building**
    **3rd Floor, Courtroom 1**
    **400 Washington Street**
    **Reading, PA 19601**

****************************************

## CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Avoid Judicial Lien of First Commonwealth Federal Credit Union. I further certify that the same was served together with the Notice of Motion to Avoid Judicial Lien, Response Deadline and Hearing Date and Proposed Order by first-class mail and/or electronic mail on August 7, 2019 to First Commonwealth Federal Credit Union, the Chapter 13 Trustee, and the U.S. Trustee. The deadline for a response was August 21, 2019. Debtor seeks the entry of an order granting the requested relief.

                                                  Respectfully Submitted,

Date: August 22, 2019                    By:    */s/ Zachary Zawarski*
                                                              ZACHARY ZAWARSKI, ESQUIRE
                                                              3001 Easton Avenue
                                                              Bethlehem, PA 18017
                                                              Phone: (610) 417-6345
                                                              Fax: (610) 465-9790
                                                              zzawarski@zawarskilaw.com
                                                              Attorney ID No.: 308348
                                                              Attorney for Debtor