# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Case No.: 18-18197-elf |
| Debtor | : | |

## ADDENDUM TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

Debtor, AMMON WILSON BOONE, by and through his undersigned counsel, Zachary Zawarski, Esquire, hereby files this Addendum to Debtor's First Amended Chapter 13 Plan:

1. On May 31, 2019, Debtor filed a First Amended Plan.

2. Debtor files this Addendum in order to modify a payment on a priority claim.

3. The priority amount to be paid to New York State Department of Taxation and Finance shall be changed from $1,243.20 to $3,455.20.

Respectfully Submitted,

Date: August 26, 2019        By:    /s/ Zachary Zawarski
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18018
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor