### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Case No.: 18-18197-elf |
| Debtor | : | |

## ORDER

Upon the motion of Debtor to avoid a judicial lien filed in the Lehigh County Court of Common Pleas, Case No. 2018-C-2612, in the matter of First Commonwealth Federal Credit Union v. Ammon Wilson Boon in Debtor's exempt real property located at 2609 Fieldview Drive, Macungie, PA 18062, 537 N. Fountain Street, Allentown, PA 18102, and 123 N. Bryan Street, Allentown, PA 18101, and upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of FIRST COMMONWEALTH FEDERAL CREDIT UNION in Debtor's real property located at 2609 Fieldview Drive, Macungie, PA 18062, 537 N. Fountain Street, Allentown, PA 18102, and 123 N. Bryan Street, Allentown, PA 18101 is avoided.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. § 522.

Date:  8/29/19

_____
ERIC L. FRANK
United States Bankruptcy Judge