United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-18197-elf
Ammon Wilson Boone                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR        Page 1 of 1        Date Rcvd: Aug 29, 2019
                        Form ID: 155       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db             +Ammon Wilson Boone,    2609 Fieldview Drive,    Macungie, PA 18062-8411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
      ANDREW  SPIVACK   on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
      JEROME B. BLANK   on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor     Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor     Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ecfmail@readingch13.com,    ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
      ZACHARY  ZAWARSKI    on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com
                                                                                           TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ammon Wilson Boone
      Debtor(s)                                  Chapter: 13

                                                        Bankruptcy No: 18−18197−elf

___

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 29th day of August 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Eric L. Frank
                                                                 Judge ,
                                                                 United States Bankruptcy Court

                                                                                45
                                                                               Form 155