United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 18-18197-elf
Ammon Wilson Boone                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: John              Page 1 of 1           Date Rcvd: Aug 29, 2019
                             Form ID: pdf900         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db             +Ammon Wilson Boone,    2609 Fieldview Drive,    Macungie, PA 18062-8411
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Chase Bank USA, N.A.,    c/o Robertson, Anschutz and Schneid, P.L,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14247020       +First Commonwealth Federal Credit Union,    257 Brodhead Road,    Bethlehem, PA 18017-8938
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 03:30:08
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: bncmail@w-legal.com Aug 30 2019 03:17:47     Prosper Marketplace Inc.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 03:30:53     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Case No.: 18-18197-elf |
| Debtor | : | |

**ORDER**

Upon the motion of Debtor to avoid a judicial lien filed in the Lehigh County Court of Common Pleas, Case No. 2018-C-2612, in the matter of First Commonwealth Federal Credit Union v. Ammon Wilson Boon in Debtor's exempt real property located at 2609 Fieldview Drive, Macungie, PA 18062, 537 N. Fountain Street, Allentown, PA 18102, and 123 N. Bryan Street, Allentown, PA 18101, and upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of FIRST COMMONWEALTH FEDERAL CREDIT UNION in Debtor's real property located at 2609 Fieldview Drive, Macungie, PA 18062, 537 N. Fountain Street, Allentown, PA 18102, and 123 N. Bryan Street, Allentown, PA 18101 is avoided.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. § 522.

Date: 8/29/19

_____
ERIC L. FRANK
United States Bankruptcy Judge