**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Bankruptcy No.  18-18197-elf |
| Debtor | : | |

**ORDER APPROVING COMPENSATION
TO COUNSEL FOR DEBTOR**

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED** that the Application is GRANTED and that Debtor's counsel is **ALLOWED** compensation of $3,000.00 and reimbursement of expenses of $82.40.  The Trustee may distribute the allowed compensation and expenses less $1,490.00 already paid to counsel as an administrative expense to the extent provided for in the confirmed plan.

Date:  10/2/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**