United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ammon Wilson Boone  
    Debtor

Case No. 18-18197-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: John      Page 1 of 1      Date Rcvd: Oct 02, 2019  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.  
db            +Ammon Wilson Boone,   2609 Fieldview Drive,   Macungie, PA 18062-8411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2019 02:51:44      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. paeb@fedphe.com
         KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
     ecfmail@readingch13.com,   ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfmail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
         ZACHARY   ZAWARSKI    on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com
                                                                                                                            TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AMMON WILSON BOONE | : | Bankruptcy No. 18-18197-elf |
| Debtor | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED** that the Application is GRANTED and that Debtor's counsel is **ALLOWED** compensation of $3,000.00 and reimbursement of expenses of $82.40.  The Trustee may distribute the allowed compensation and expenses less $1,490.00 already paid to counsel as an administrative expense to the extent provided for in the confirmed plan.

Date:  10/2/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**