## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PA

Chapter:    13
Case No:    1818197

In re:      AMMON WILSON BOONE

Account Number:  5766

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 18 filed on or about 02/15/2019 in the amount of $1,280.18 .

On this 10/28/2020.


By:   /s/ George S. Grammer
      George S. Grammer, Bankruptcy Representative
      PRA Receivables Management, LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com