## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-18197** |
| **Ammon Wilson Boone** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Caliber Home Loans, Inc.** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Ammon Wilson Boone** | : | |
| **Celeste Llanos** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| Respondents. | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Caliber Home Loans, Inc. , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-019892_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :      **Case No.: 18-18197**
**Ammon Wilson Boone**                          :      **Chapter 13**
                                                :      **Judge Patricia M. Mayer**
                                    Debtor(s)    :      * * * * * * * * * * * * * * * * * * *
                                                :
**Caliber Home Loans, Inc.**                    :      **Related Document #**
                                    Movant,      :
                                                :
        vs                                      :
                                                :
**Ammon Wilson Boone**                          :
**Celeste Llanos**                              :
                                                :
                                                :
**Scott F. Waterman**                           :
                                Respondents.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Zachary Zawarski, Attorney for Ammon Wilson Boone, zzawarski@zawarskilaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Ammon Wilson Boone, 2609 Fieldview Drive, Macungie, PA  18062

Ammon Wilson Boone and Celeste Llanos, 537 N Fountain St, Allentown, PA  18102-2751


/s/ Karina Velter
_____

20-019892_PS