Certificate Number: 17572-PAE-DE-035223653

Bankruptcy Case Number: 18-18197



17572-PAE-DE-035223653

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2020, at 9:27 o'clock AM PST, Ammon Boone completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 31, 2020

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor