| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-18197-PMM

AMMON WILSON  BOONE
2609 FIELDVIEW DRIVE
MACUNGIE  PA    18062

Petition Filed Date: 12/13/2018
341 Hearing Date: 01/29/2019
Confirmation Date: 08/29/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $365.00 | 6063538000 | 02/13/2020 | $365.00 | 6063539000 | 03/13/2020 | $365.00 | 6063540000 |
| 04/13/2020 | $365.00 | 6063541000 | 05/13/2020 | $365.00 | 6063542000 | 06/15/2020 | $365.00 | 6063543000 |
| 07/13/2020 | $365.00 | 6063544000 | 08/20/2020 | $365.00 | 7025083000 | 09/14/2020 | $365.00 | 7025125000 |
| 10/14/2020 | $365.00 | 7025126000 | 11/16/2020 | $365.00 | 7025127000 | 12/14/2020 | $365.00 | 7025128000 |
| 01/14/2021 | $365.00 | 7025129000 | 02/16/2021 | $365.00 | 7025130000 | 03/15/2021 | $365.00 | 7025131000 |
| 04/14/2021 | $365.00 | 7025132000 | 05/14/2021 | $365.00 | 7025133000 | | | |

**Total Receipts for the Period: $6,205.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $11,075.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 8 | BETHPAGE FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $9,625.51 | $0.00 | $9,625.51 |
| 10 | BANK OF AMERICA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CALIBER HOME LOANS INC<br>»» 021 | Mortgage Arrears | $149.90 | $0.00 | $149.90 |
| 22 | CALIBER HOME LOANS INC<br>»» 022 | Mortgage Arrears | $145.35 | $0.00 | $145.35 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF ALLENTOWN<br>»» 029 | Unsecured Creditors | $35.00 | $0.00 | $35.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,239.73 | $0.00 | $4,239.73 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $18,424.91 | $0.00 | $18,424.91 |
| 25 | UNITED STATES TREASURY (IRS)<br>»» 25P | Priority Crediors | $16,171.37 | $6,751.06 | $9,420.31 |
| 25 | UNITED STATES TREASURY (IRS)<br>»» 25U | Unsecured Creditors | $4,230.36 | $0.00 | $4,230.36 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CHASE BANK USA NA<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | KEYBANK<br>»» 001 | Unsecured Creditors | $13,284.07 | $0.00 | $13,284.07 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $630.00 | $0.00 | $630.00 |

**Chapter 13 Case No. 18-18197-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 23 | M&T BANK<br>»» 023 | Mortgage Arrears | $1,060.61 | $0.00 | $1,060.61 |
| 30 | NAVIENT - US DEPT OF EDUCATION<br>»» 030 | Unsecured Creditors | $6,415.00 | $0.00 | $6,415.00 |
| 5 | NEW YORK STATE DEPT - TAXATION<br>»» 05P | Priority Crediors | $3,455.20 | $1,442.45 | $2,012.75 |
| 5 | NEW YORK STATE DEPT - TAXATION<br>»» 05U | Unsecured Creditors | $2,668.06 | $0.00 | $2,668.06 |
| 28 | PA DEPARTMENT OF REVENUE<br>»» 028 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $9,818.05 | $0.00 | $9,818.05 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $636.07 | $0.00 | $636.07 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $7,894.52 | $0.00 | $7,894.52 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,334.22 | $0.00 | $1,334.22 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | PROSPER MARKETPLACE INC<br>»» 026 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PSECU<br>»» 011 | Unsecured Creditors | $16,777.93 | $0.00 | $16,777.93 |
| 12 | PSECU<br>»» 012 | Unsecured Creditors | $14,248.87 | $0.00 | $14,248.87 |
| 2 | ROCKETLOANS<br>»» 002 | Unsecured Creditors | $22,280.95 | $0.00 | $22,280.95 |
| 9 | SANTANDER BANK NA<br>»» 009 | Unsecured Creditors | $19,147.53 | $0.00 | $19,147.53 |
| 13 | AFNI INC<br>»» 013 | Unsecured Creditors | $2,573.52 | $0.00 | $2,573.52 |
| 27 | RESURGENT CAPITAL SERVICES<br>»» 027 | Unsecured Creditors | $1,999.68 | $0.00 | $1,999.68 |
| 31 | ZACHARY ZAWARSKI ESQ<br>»» 031 | Attorney Fees | $1,592.40 | $1,592.40 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,075.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $9,785.91 | Arrearages: | ($140.00) |
| Paid to Trustee: | $960.59 | Total Plan Base: | $26,782.00 |
| Funds on Hand: | $328.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
**for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.