Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-18197-PMM**

AMMON WILSON  BOONE  
2609 FIELDVIEW DRIVE  
MACUNGIE  PA    18062

Petition Filed Date: 12/13/2018  
341 Hearing Date: 01/29/2019  
Confirmation Date: 08/29/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $365.00 | 7025132000 | 05/14/2021 | $365.00 | 7025133000 | 06/14/2021 | $365.00 | 7025134000 |
| 07/15/2021 | $365.00 | 7025135000 | 08/16/2021 | $365.00 | 7025136000 | 09/28/2021 | $300.00 | 7965672000 |
| 10/13/2021 | $365.00 | 7965665000 | 11/16/2021 | $365.00 | 7965666000 | 12/13/2021 | $365.00 | 7965667000 |
| 01/13/2022 | $365.00 | 7965668000 | 02/28/2022 | $365.00 | | 03/25/2022 | $365.00 | |
| 04/25/2022 | $365.00 | | 05/25/2022 | $365.00 | | 06/29/2022 | $365.00 | |
| 07/25/2022 | $600.00 | | | | | | | |

**Total Receipts for the Period: $6,010.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,355.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | BETHPAGE FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $9,625.51 | $0.00 | $9,625.51 |
| 10 | BANK OF AMERICA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CALIBER HOME LOANS INC<br>»» 021 | Mortgage Arrears | $149.90 | $0.00 | $149.90 |
| 22 | CALIBER HOME LOANS INC<br>»» 022 | Mortgage Arrears | $145.35 | $0.00 | $145.35 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF ALLENTOWN<br>»» 029 | Unsecured Creditors | $35.00 | $0.00 | $35.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,239.73 | $0.00 | $4,239.73 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $18,424.91 | $0.00 | $18,424.91 |
| 25 | UNITED STATES TREASURY (IRS)<br>»» 25P | Priority Crediors | $16,171.37 | $10,546.33 | $5,625.04 |
| 25 | UNITED STATES TREASURY (IRS)<br>»» 25U | Unsecured Creditors | $4,230.36 | $0.00 | $4,230.36 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CHASE BANK USA NA<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $13,284.07 | $0.00 | $13,284.07 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $630.00 | $0.00 | $630.00 |

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 23 | M&T BANK »» 023 | Mortgage Arrears | $1,060.61 | $0.00 | $1,060.61 |
| 30 | NAVIENT - US DEPT OF EDUCATION »» 030 | Unsecured Creditors | $6,415.00 | $0.00 | $6,415.00 |
| 5 | NEW YORK STATE DEPT - TAXATION »» 05P | Priority Crediors | $3,455.20 | $2,253.38 | $1,201.82 |
| 5 | NEW YORK STATE DEPT - TAXATION »» 05U | Unsecured Creditors | $2,668.06 | $0.00 | $2,668.06 |
| 28 | PA DEPARTMENT OF REVENUE »» 028 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $9,818.05 | $0.00 | $9,818.05 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $636.07 | $0.00 | $636.07 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $7,894.52 | $0.00 | $7,894.52 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,334.22 | $0.00 | $1,334.22 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | PROSPER MARKETPLACE INC »» 026 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PSECU »» 011 | Unsecured Creditors | $16,777.93 | $0.00 | $16,777.93 |
| 12 | PSECU »» 012 | Unsecured Creditors | $14,248.87 | $0.00 | $14,248.87 |
| 2 | ROCKETLOANS »» 002 | Unsecured Creditors | $22,280.95 | $0.00 | $22,280.95 |
| 9 | SANTANDER BANK NA »» 009 | Unsecured Creditors | $19,147.53 | $0.00 | $19,147.53 |
| 13 | AFNI INC »» 013 | Unsecured Creditors | $2,573.52 | $0.00 | $2,573.52 |
| 27 | RESURGENT CAPITAL SERVICES »» 027 | Unsecured Creditors | $1,999.68 | $0.00 | $1,999.68 |
| 31 | ZACHARY ZAWARSKI ESQ »» 031 | Attorney Fees | $1,592.40 | $1,592.40 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,355.00 | Current Monthly Payment: | $571.00 |
| Paid to Claims: | $14,392.11 | Arrearages: | $720.00 |
| Paid to Trustee: | $1,410.89 | Total Plan Base: | $26,782.00 |
| Funds on Hand: | $552.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.