Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 18-18197-PMM

AMMON WILSON BOONE  
2609 FIELDVIEW DRIVE  
MACUNGIE  PA    18062

Petition Filed Date: 12/13/2018  
341 Hearing Date: 01/29/2019  
Confirmation Date: 08/29/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2022 | $600.00 | | 09/26/2022 | $600.00 | | 10/25/2022 | $600.00 | |
| 11/28/2022 | $600.00 | | 12/27/2022 | $600.00 | | 01/25/2023 | $600.00 | |
| 02/28/2023 | $600.00 | | 03/27/2023 | $600.00 | | 04/25/2023 | $600.00 | |
| 05/25/2023 | $600.00 | | 06/27/2023 | $600.00 | | 07/25/2023 | $600.00 | |

**Total Receipts for the Period: $7,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,555.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | BETHPAGE FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $9,625.51 | $0.00 | $9,625.51 |
| 10 | BANK OF AMERICA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | NEWREZ LLC  D/B/A<br>»» 021 | Mortgage Arrears | $149.90 | $0.00 | $149.90 |
| 22 | CALIBER HOME LOANS, INC.<br>»» 022 | Mortgage Arrears | $145.35 | $0.00 | $145.35 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | CITY OF ALLENTOWN<br>»» 029 | Unsecured Creditors | $35.00 | $0.00 | $35.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $4,239.73 | $0.00 | $4,239.73 |
| 6 | FIRST COMMONWEALTH FCU<br>»» 006 | Unsecured Creditors | $18,424.91 | $0.00 | $18,424.91 |
| 25 | UNITED STATES TREASURY (IRS)<br>»» 25P | Priority Crediors | $16,171.37 | $15,989.39 | $181.98 |
| 25 | UNITED STATES TREASURY (IRS)<br>»» 25U | Unsecured Creditors | $4,230.36 | $0.00 | $4,230.36 |
| 14 | CHASE BANK USA NA<br>»» 014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CHASE BANK USA NA<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $13,284.07 | $0.00 | $13,284.07 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $630.00 | $0.00 | $630.00 |
| 23 | M&T BANK<br>»» 023 | Mortgage Arrears | $1,060.61 | $0.00 | $1,060.61 |

**Chapter 13 Case No. 18-18197-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 30 | NAVIENT - US DEPT OF EDUCATION »» 030 | Unsecured Creditors | $6,415.00 | $0.00 | $6,415.00 |
| 5 | NEW YORK STATE DEPT - TAXATION »» 05P | Priority Crediors | $3,455.20 | $3,416.32 | $38.88 |
| 5 | NEW YORK STATE DEPT - TAXATION »» 05U | Unsecured Creditors | $2,668.06 | $0.00 | $2,668.06 |
| 28 | PA DEPARTMENT OF REVENUE »» 028 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $9,818.05 | $0.00 | $9,818.05 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $636.07 | $0.00 | $636.07 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $7,894.52 | $0.00 | $7,894.52 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,334.22 | $0.00 | $1,334.22 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | PROSPER MARKETPLACE INC »» 026 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PSECU »» 011 | Unsecured Creditors | $16,777.93 | $0.00 | $16,777.93 |
| 12 | PSECU »» 012 | Unsecured Creditors | $14,248.87 | $0.00 | $14,248.87 |
| 2 | ROCKET LOANS »» 002 | Unsecured Creditors | $22,280.95 | $0.00 | $22,280.95 |
| 9 | SANTANDER BANK NA »» 009 | Unsecured Creditors | $19,147.53 | $0.00 | $19,147.53 |
| 13 | AFNI INC »» 013 | Unsecured Creditors | $2,573.52 | $0.00 | $2,573.52 |
| 27 | RESURGENT CAPITAL SERVICES »» 027 | Unsecured Creditors | $1,999.68 | $0.00 | $1,999.68 |
| 31 | ZACHARY ZAWARSKI ESQ »» 031 | Attorney Fees | $1,592.40 | $1,592.40 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $23,555.00 | | Current Monthly Payment: | $571.00 |
| Paid to Claims: | $20,998.11 | | Arrearages: | $372.00 |
| Paid to Trustee: | $2,010.89 | | Total Plan Base: | $26,782.00 |
| Funds on Hand: | $546.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.