United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 18-18197-pmm

Ammon Wilson Boone                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14274817 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 14 2023 00:18:00 | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

ADAM BRADLEY HALL

    on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com

ALYK L OFLAZIAN

    on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com

ANDREW L. SPIVACK

    on behalf of Creditor CALIBER HOME LOANS  INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS

    on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com

District/off: 0313-4                          User: admin                                      Page 2 of 2

Date Rcvd: Oct 13, 2023                       Form ID: trc                                Total Noticed: 1

JEROME B. BLANK
                    on behalf of Creditor CALIBER HOME LOANS  INC. jblank@pincuslaw.com, mmorris@pincuslaw.com

KEVIN G. MCDONALD
                    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                    on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

THOMAS SONG
                    on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
                    on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com


TOTAL: 13

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-18197-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Ammon Wilson Boone
2609 Fieldview Drive
Macungie PA 18062

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/12/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 22: Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601 | NewRez LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/15/23

Tim McGrath
**CLERK OF THE COURT**