United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ammon Wilson Boone  
    Debtor

Case No. 18-18197-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 4  
Date Rcvd: Feb 21, 2024          Form ID: 138OBJ          Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ammon Wilson Boone, 2609 Fieldview Drive, Macungie, PA 18062-8411 |
| 14247009 | + | Athene USA, 7700 Mills Civic Parkway, West Des Moines, IA 50266-3862 |
| 14467998 | | Bank Of America, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14264306 | + | Bethpage Federal Credit Union, Jeannine Farino, Esq., Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-3823 |
| 14274817 | + | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 14253625 | | Caliber Home Loans, Inc., c/o Andrew L. Spivack, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14250953 | | Caliber Home Loans, Inc., c/o Jerome Black, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14247020 | + | First Commonwealth Federal Credit Union, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14247021 | | Fitzpatrick Lentz & Bubba, P.C., Michael R. Nesfeder, Esq., 4001 Schoolhouse Lane, P.O. Box 219, Center Valley, PA 18034-0219 |
| 14264305 | + | Jeannine Farino, Esq., Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-3823 |
| 14248579 | + | M&T Bank, servicer for Lakeview Loan Servicing, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14247038 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 22 2024 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 22 2024 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14583796 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2024 01:08:35 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14247010 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14247011 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14265213 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2024 00:51:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14247012 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2024 00:51:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14247013 | + | Email/Text: bankruptcynotices@bethpagefcu.com | Feb 22 2024 00:51:00 | Bethpage FCU, 899 S. Oyster Bay Rd, Attn: Bankruptcy, Bethpage, NY 11714-1031 |
| 14247017 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 22 2024 00:51:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14286603 | | Email/Text: coabankruptcy@allentownpa.gov | Feb 22 2024 00:51:00 | City of Allentown, Revenue & Audit Bureau, 435 W Hamilton St, Allentown, PA 18101 |
| 14247014 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 22 2024 00:51:00 | Caliber Home Loans, Attn: Bankruptcy Dept., PO |

Case 18-18197-pmm    Doc 86    Filed 02/23/24    Entered 02/24/24 00:36:52    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 64 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 24330, Oklahoma City, OK 73124-0330 |
| 14559021 | | Email/Text: amps@manleydeas.com | Feb 22 2024 00:51:00 | Caliber Home Loans, Inc., c/o Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14247015 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 22 2024 01:08:28 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14247673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 00:55:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14255653 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2024 00:55:26 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14269742 | + | Email/Text: RASEBN@raslg.com | Feb 22 2024 00:51:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14247018 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 22 2024 00:55:15 | Department of Education/Navient, Attn: Claims Dept, PO Box 9635, Wilkes Barr, PA 18773-9635 |
| 14251217 | | Email/Text: mrdiscen@discover.com | Feb 22 2024 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14247019 | + | Email/Text: mrdiscen@discover.com | Feb 22 2024 00:51:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14247022 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2024 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14247016 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2024 01:08:28 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14247023 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 22 2024 00:51:00 | Key Bank, Attn: Bankruptcy, OH-01-51-0622, 4910 Tiedeman, Brooklyn, OH 44144-2338 |
| 14248575 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 22 2024 00:51:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14247032 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 22 2024 00:51:00 | State Farm Financial Services, 1 State Farm Plaza, Bloomington, IL 61710 |
| 14428014 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 00:55:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14273968 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2024 00:55:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14276585 | ^ | MEBN | Feb 22 2024 00:50:26 | Lakeview Loan Servicing LLC, C/O M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14247024 | | Email/Text: camanagement@mtb.com | Feb 22 2024 00:51:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14247025 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 22 2024 00:51:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 14286645 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 22 2024 01:08:20 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14247026 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 22 2024 00:51:00 | New York State Dept of Taxation and Fina, Bankruptcy Section, PO Box 5300, Albany NY 12205-0300 |
| 14822510 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2024 00:51:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14725782 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2024 00:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14273457 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Feb 22 2024 00:55:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14247029 |  | Email/Text: bankruptcynotices@psecu.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14279343 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14247027 | + | Email/Text: bkrgeneric@penfed.org |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 14247028 | ^ | MEBN |  |  |
|  |  |  | Feb 22 2024 00:50:30 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14276913 | + | Email/Text: bncmail@w-legal.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14496528 |  | Email/Text: bnc-quantum@quantum3group.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14250493 | + | Email/Text: OpsEscalations@RocketLoans.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | RocketLoans Marketplace, 1274 Library Street, Detroit, MI 48226-2256 |
| 14247030 | + | Email/Text: OpsEscalations@RocketLoans.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Rocketloans, 1274 Library Street, 2nd Floor, Detroit, MI 48226-2256 |
| 14277029 | + | Email/Text: bncmail@w-legal.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14264431 | + | Email/Text: DeftBkr@santander.us |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 14247031 | + | Email/Text: enotifications@santanderconsumerusa.com |  |  |
|  |  |  | Feb 22 2024 00:51:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14268096 |  | Email/PDF: bncnotices@becket-lee.com |  |  |
|  |  |  | Feb 22 2024 01:08:35 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14246191 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Feb 22 2024 00:55:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14247033 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Feb 22 2024 00:55:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14247034 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Feb 22 2024 00:55:26 | Synchrony Bank/Marvel DC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14247035 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Feb 22 2024 00:55:14 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14247036 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |  |
|  |  |  | Feb 22 2024 00:55:26 | Synchrony Bank/Stash, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14247037 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  |  | Feb 22 2024 01:08:20 | World's Foremost Bank, Attn: Bankruptcy, 4800 NW 1st St, Lincoln, NE 68521-4463 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Feb 21, 2024 | Form ID: 138OBJ | Total Noticed: 64

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com

ANDREW L. SPIVACK
    on behalf of Creditor CALIBER HOME LOANS  INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEROME B. BLANK
    on behalf of Creditor CALIBER HOME LOANS  INC. jblank@pincuslaw.com, mmorris@pincuslaw.com

KEVIN G. MCDONALD
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ammon Wilson Boone

    Debtor(s)

Case No: 18−18197−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/24

84 − 83
Form 138OBJ