United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-18197-pmm
Ammon Wilson Boone                                                                       Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Jun 13, 2024 | Form ID: 138FIN | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ammon Wilson Boone, 2609 Fieldview Drive, Macungie, PA 18062-8411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jun 14 2024 00:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 14 2024 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com |
| ANDREW L. SPIVACK | |

District/off: 0313-4                                  User: admin                                      Page 2 of 2

Date Rcvd: Jun 13, 2024                            Form ID: 138FIN                              Total Noticed: 3

on behalf of Creditor CALIBER HOME LOANS  INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor CALIBER HOME LOANS  INC. jblank@pincuslaw.com, mmorris@pincuslaw.com

KEVIN G. MCDONALD
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com


TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Ammon Wilson Boone

           Debtor(s)                                     Case No: 18−18197−pmm

                                                     Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/13/24