United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18197-pmm
Ammon Wilson Boone                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2
Date Rcvd: Jul 16, 2024                       Form ID: 195                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

**Recip ID              Recipient Name and Address**
db                     +  Ammon Wilson Boone, 2609 Fieldview Drive, Macungie, PA 18062-8411

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

**Name                          Email Address**

ADAM BRADLEY HALL
                          on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com

ALYK L OFLAZIAN
                          on behalf of Creditor CALIBER HOME LOANS  INC. amps@manleydeas.com

ANDREW L. SPIVACK
                          on behalf of Creditor CALIBER HOME LOANS  INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
                          on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
                          on behalf of Creditor CALIBER HOME LOANS  INC. jblank@pincuslaw.com, mmorris@pincuslaw.com

KEVIN G. MCDONALD
                          on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

District/off: 0313-4          User: admin          Page 2 of 2

Date Rcvd: Jul 16, 2024          Form ID: 195          Total Noticed: 1

MICHELLE L. MCGOWAN
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

THOMAS SONG
     on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
     on behalf of Debtor Ammon Wilson Boone zzawarski@zawarskilaw.com


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Ammon Wilson Boone                                        : Case No. 18−18197−pmm
              Debtor(s)

### *ORDER*

_____

    AND NOW, this day , July 16, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court